PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ameer Castleberry   Cr.: 2:11cr886-01
                                      PACTS #: 61223

Name of Sentencing Judicial Officer: Honorable William H. Walls, Senior United States District Judge

Date of Original Sentence: 04/03/12

Original Offense: Felon in Possession of a Firearm

Original Sentence: 28 months incarceration followed by 3 years supervised release and a $100 special assessment. Special conditions: 1) drug/alcohol testing and treatment; and, 2) mental health evaluation and treatment.

Type of Supervision: Supervised Release          Date Supervision Commenced: 08/17/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On December 26, 2012, Castleberry tested positive for marijuana (National Testing Lab specimen #B02742714). Castleberry admitted to smoking marijuana on or about December 20, 2012, as a method to cope with stress. |

U.S. Probation Officer Action:

The U.S. Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand from the Court. The frequency of drug testing has been increased and future positive drug tests will result in a substance abuse assessment with an outlook towards treatment. The probation office will continue to closely monitor Castleberry's progress and will report any further noncompliance.

Respectfully submitted,

By: Adriana Garcia O'Hara
    U.S. Probation Officer
Date: 01/15/13

Adriana Garcia O'Hara
2013.01.15 14:12:56 -05'00'

Carolee Ann Azzarello
2013.01.16 10:20:03 -05'00'

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

22 January 2013
_____
Date